UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDOWN DANIEL BECERRA ANDRADE,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX FACILITY, et al.,

Respondents.

No.  1:26-cv-00875 DJC AC

ORDER

Petitioner, an immigration detainee proceeding through counsel, filed a supplemental petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 14.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 16.  On June 23, 2026, Respondents filed objections to the findings and recommendations "for the reasons set forth in Respondent's Answer" to the petition.  ECF No. 17.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

1

304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 16) are adopted in full.

2. Petitioner's supplemental petition for a writ of habeas corpus (ECF No. 14) is GRANTED.

3. Respondents are ORDERED to:

    a. Provide petitioner with a constitutionally adequate bond hearing before an immigration judge within **fourteen (14) days** at which respondents must justify petitioner's continued detention by clear and convincing evidence.  If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

    b. In the event petitioner is determined not to be a danger to the community and not to be so great a flight risk as to require detention without bond, the immigration judge should consider petitioner's financial circumstances and alternative conditions of release.

4. The Clerk is directed to enter judgment in favor of petitioner and CLOSE this case.

IT IS SO ORDERED.

Dated:   **June 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2

Andr0875.hc.2241.imm.jo